# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2117

_____

Hollis J. Larson,                          *
                                           *
            Appellant,                     *
                                           *    Appeal from the United States
      v.                                   *    District Court for the
                                           *    District of Minnesota.
Wendy Goodman; Scott Goodman;              *
Richard Spicer; Thomas Bibus;              *    [UNPUBLISHED]
Kevin Mark; First Name Unknown             *
Tulle; Stephen Betcher; Yvonne             *
Black; Erin Kuester; Lori Swanson;         *
Tibor M. Gallo; William Hutton;            *
Brian Roussell; Pete Badker; Josh          *
Stehr; Thomas Wolner; Douglas              *
Bayley; County of Goodhue; D. Kull;        *
Dean Albers,                               *
                                           *
            Appellees.                     *

_____

Submitted:  October 3, 2011
    Filed:  October 11, 2011

_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Hollis J. Larson appeals the district court's[1] orders granting defendants' Federal Rule of Civil Procedure 12(b)(6) motions in his civil rights suit. Upon de novo review, see McAdams v. McCord, 584 F.3d 1111, 1113 (8th Cir. 2009), we agree with the district court's well-reasoned analysis. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.